**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2423WA

_____

Arkansas Emergency Transport LLC,       *
       *
         Plaintiff-Appellee,       *
       *
       v.       *
       *       Appeal from the United States
City of Texarkana, Arkansas,       *       District Court for the Western
       *       District of Arkansas.
         Defendant,       *
_____       *       [UNPUBLISHED]
       *
Lifenet, Inc.,       *
       *
         Movant-Appellant.       *

_____

Submitted:  December 10, 1997
Filed:  December 17, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Lifenet, Inc. appeals the district court's order denying Lifenet's motion for intervention.  Lifenet's appeal is nothing more than an extension of Lifenet's Johnny-come-lately attempt to intervene after Lifenet's litigation strategy to stay out of this case to bolster the City of Texarkana's argument that Arkansas Emergency Transport's complaint should be dismissed because Lifenet was a necessary party backfired when

the district court resolved the issue of the City's liability in Arkansas Emergency Transport's favor. We review the district court's ruling on the timeliness of a motion to intervene as a matter of right under a well-established standard, and we are satisfied the district court correctly applied the controlling law. We thus affirm on the basis of the district court's ruling without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.